UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | ) Bankr. No. 09-50351 |
| | ) Chapter 13 |
| VERONICA ANNE FAULSEIT | ) |
| aka Faulseit-Rubin | ) ORDER SHORTENING NOTICE |
| SSN/ITIN xxx-xx-6867 | ) AND SETTING CERTAIN |
| | ) DEADLINES ON THE U.S. |
| Debtor. | ) TRUSTEE'S MOTION TO DISMISS |

  Upon consideration of the United States Trustee's Motion to Dismiss (doc. 10) and Motion to Shorten Notice (doc. 11) and the record before the Court; and for cause shown; now, therefore,

  IT IS HEREBY ORDERED Debtor shall, on or before September 30, 2009, either file her schedule of assets and liabilities, schedule of current income and current expenditures, statement of financial affairs, payment advices or other evidence of payments received within 60 days prior to the filing of her case, statement of current monthly income and means test calculation (form B22C), and chapter 13 plan under 11 U.S.C. § 1321 OR a response to the United States Trustee's motion to dismiss. If Debtor files all the listed documents within the time allowed by this order, the United States Trustee's motion to dismiss will be deemed moot. If Debtor instead files a response to the United States Trustee's motion to dismiss within the time allowed by this order, a hearing will be held upon separate notice.

  IT IS FURTHER ORDERED if Debtor fails to file either all the listed documents or a response to the United States Trustee's motion to dismiss within the time allowed by this order, this case will be dismissed without further notice or hearing upon the United States Trustee's affidavit of default.

  IT IS FURTHER ORDERED the United States Trustee shall, on September 23, 2009, serve his motion to dismiss and this order on parties in interest. This order shall constitute notice of the United States Trustee's motion.

  So ordered: September 23, 2009.

BY THE COURT:

*(signature)*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota