UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In Re:<br><br>**VERONICA ANNE FAULSEIT,**<br>a/k/a Faulseit-Rubin,<br>SSN/ITIN: xxx-xx-6867,<br><br>**Debtor.** | **CASE NO. 09-50351**<br><br>**CHAPTER 7**<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that she is an employee of the office of the United States Trustee for the Region of Minnesota, Iowa, North Dakota, and South Dakota, and is a person of such age and discretion as to be competent to serve papers:

**That on September 23, 2009**,

she served a copy of the:

**United States Trustee's Motion to Dismiss and Order Shortening Notice and Setting Certain Deadlines On The U.S. Trustee's Motion to Dismiss**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sioux Falls, South Dakota.

Addressee(s):

Veronica Anne Faulseit
118 South Gate Road
Box Elder, SD 57719

*/s/ Marcy A. Jones*
Marcy A. Jones, Legal Clerk