Form ntcdsml

# United States Bankruptcy Court

District of South Dakota

**In re:**

**Veronica Anne Faulseit**
SSN/ITIN xxx–xx–6867
aka Faulseit–Rubin

**Case Number: 09–50351**
**Chapter: 13**

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that an Order was entered dismissing the above−captioned case.

Dated: 10/5/09

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court

s/ Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0869-5          User: msemm              Page 1 of 1              Date Rcvd: Oct 05, 2009
Case: 09-50351                Form ID: ntcdsml         Total Noticed: 10

The following entities were noticed by first class mail on Oct 07, 2009.
db          +Veronica Anne Faulseit,   118 South Gate Road,   Box Elder, SD 57719-9417
950914      +Black Hills Federal Credit Union,   PO Box 1420,   Rapid City, SD 57709-1420
950918       Clifton Rodenburg,   Johnson, Rodenburg & Laudinger,   300 N.P. Ave. STE 105,   PO Box 2427,
              Fargo, ND 58108-2427
950911       CorTrust Bank,   Mortgage Loan Servicing,   PO Box 949,   Sioux Falls, SD 57101-0949
950915      +Credit Collections Bureau,   410 Sheridan Lake Road,   Rapid City, SD 57702-2495
950916      +Major Finance,   7951 W Mississippi Ave,   Ste B,   Lakewood, CO 80226-4358
950913       Neighborhood Housing of the Black Hills,   825 1/2 Main Street,   Deadwood, SD 57732
953760      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO BOX 12914,
              NORFOLK VA 23541-0914
950912      +South Dakota Housing Authority,   221 S. Central,   PO Box 1237,   Pierre, SD 57501-1237

The following entities were noticed by electronic transmission on Oct 05, 2009.
950917       EDI: AMINFOFP.COM Oct 05 2009 17:13:00     First Premier Bank,   PO Box 5524,
              Sioux Falls, SD 57117-5524
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2009**                    Signature:    _Joseph Speetjens_